THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRICESON STANDLEY,<br><br>Defendant. | No. CR23-5202-BHS<br><br>ORDER TO SEAL STANDLEY'S REPLY TO GOVERNMENT'S RESPONSE TO MOTION TO REVOKE DETENTION ORDER |

THIS MATTER has come before the undersigned on the motion of Mr. Standley to file its Reply to the Government's Response to Motion to Revoke Detention Order. The Court has considered the motion and records in this case and finds there are compelling reasons to file the motion under seal.

IT IS HEREBY ORDERED that Mr. Standley's Reply to the Government's Response to Motion to Revoke Detention Order.be filed under seal.

DATED this 12th day of February, 2024.

_____
JUDGE BENJAMIN H. SETTLE
UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ *Heather Carroll*
s/ *Elizabeth Sher*
Assistant Federal Public Defenders
Attorneys for Mr. Standley

ORDER TO SEAL MOTION
(*United States v. Standley;* CR23-5202-BHS) - 1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710